## Joseph & Norinsberg LLC
### Fighting for Employee Justice

**Downtown Manhattan Office**
One World Trade Center, 85th Floor
New York, NY 10007

**Midtown Manhattan Office**
110 East 59th Street, Suite 2300
New York, New York 10022

**Newark Office**
One Gateway Center, Suite 2600
Newark, New Jersey 07102

**Philadelphia Office**
1650 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103

**Boston Office**
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

**Orlando Office**
300 N. New York Ave, Suite 832
Winter Park, Florida 32790

October 15, 2024

*Via ECF Only*
The Honorable Lois Bloom
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

> **Re:** *Bunay, et al. v. N.Y. Environmental Sys., Inc., et al.*
> **1:23-cv-07355- LB**

Dear Judge Bloom:

As the Court knows, along with our co-counsel Katz Melinger PLLC, we represent the Plaintiffs German Bunay, Edward Garcia, and Carlos Espinoza in the above-referenced action against their former employers New York Environmental Systems, Inc., AWL Industries, Inc., Robert Pavlovich, and Ralph Severino (collectively, "Defendants") ("Defendants," together with Plaintiffs, as "the Parties"), arising under, *inter alia*, the overtime provisions of the Fair Labor Standards Act ("FLSA") (collectively the "Claims"). As detailed in our prior submission and acknowledged in the Court's October 3, 2024 Order (ECF No. 34) (the "Order"), the Parties reached a settlement at mediation that was reduced to a formal settlement agreement. Your Honor previously approved the structure of the settlement, finding that the recovery, fees and costs were fair and reasonable, but expressed concerns about whether the release language was properly tailored in accordance with *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

To address the Court's concerns regarding the release language, the parties negotiated and executed a revised Settlement Agreement that incorporates the previously approved terms and amends the release language in accordance with the Court's Order. More specifically, the parties amended Section 4 of the Agreement to narrow the release to wage and hour claims asserted in the lawsuit or that could reasonably be construed to have been asserted in the Lawsuit. The Amended Settlement Agreement is attached hereto as **Exhibit A**.

Based upon the substance of our prior submission and the Court's Order, the parties respectfully request that the Court approve the settlement of Plaintiffs' FLSA Claims on the terms set forth in the Amended Agreement, dismiss this matter with prejudice, and retain jurisdiction to enforce the terms of the Parties' Agreement.  The Parties have attached hereto as **Exhibit B** a proposed order of dismissal for the Court's convenience.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

Michael R. Minkoff, Esq.


Copies to:      Counsel for Defendants (via ECF)

Enclosures